**Richard M. Weaver & Associates**
5601 Airport Freeway
Fort Worth, TX 76117

Bar Number: 21010820
Phone: (817) 222-1108

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | | | |
|---|---|---|---|---|
| In re: **Charles R Norris** | xxx-xx-7554 | § | Case No: | |
| 3214 Palos Verdes Drive | | § | | |
| Denton, TX 76210 | | § | Date: | **1/29/2019** |
| | | § | Chapter 13 | |
| | | § | | |
| **Tessa L Spencer** | xxx-xx-6334 | | | |
| 3214 Palos Verdes Drive | | | | |
| Denton, TX 76210 | | | | |

Debtor(s)

### DEBTOR'S(S') CHAPTER 13 PLAN
### (CONTAINING A MOTION FOR VALUATION)

#### DISCLOSURES

☑ This *Plan* does not contain any *Nonstandard Provisions.*

☐ This *Plan* contains *Nonstandard Provisions* listed in Section III.

☐ This *Plan* does not limit the amount of a secured claim based on a valuation of the *Collateral* for the claim.

☑ This *Plan* does limit the amount of a secured claim based on a valuation of the *Collateral* for the claim.

This *Plan* does not avoid a security interest or lien.

Language in italicized type in this *Plan* shall be as defined in the "General Order 2017-01, Standing Order Concerning Chapter 13 Cases" and as it may be superseded or amended ("General Order"). All provisions of the General Order shall apply to this *Plan* as if fully set out herein.

Page 1

| | | | |
|---|---|---|---|
| Plan Payment: **$2,150.00** | Value of Non-exempt property per § 1325(a)(4): | **$0.00** |
| Plan Term: **60 months** | Monthly Disposable Income per § 1325(b)(2): | **$591.84** |
| Plan Base: **$129,000.00** | Monthly Disposable Income x ACP ("UCP"): | **$35,510.40** |
| Applicable Commitment Period: **60 months** | | |

Case No:
Debtor(s):   **Charles R Norris**
             **Tessa L Spencer**

---

**MOTION FOR VALUATION**

Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims who do not accept the *Plan, Debtor(s)* hereby move(s) the Court to value the *Collateral* described in Section I, Part E.(1) and Part F of the *Plan* at the lesser of the value set forth therein or any value claimed on the proof of claim.  Any objection to valuation shall be filed at least seven (7) days prior to the date of the *Trustee's* pre-hearing conference regarding Confirmation or shall be deemed waived.

**SECTION I**
**DEBTOR'S(S') CHAPTER 13 PLAN - SPECIFIC PROVISIONS**
**FORM REVISED 7/1/17**

A.  **PLAN PAYMENTS:**

   *Debtor(s)* propose(s) to pay to the *Trustee* the sum of:
   __$2,150.00__ per month, months __1__ to __60__ .

   For a total of __$129,000.00__ (estimated "*Base Amount*").

   First payment is due __2/28/2019__ .

   The applicable commitment period ("ACP") is __60__ months.

   Monthly Disposable Income ("DI") calculated by *Debtor(s)* per § 1325(b)(2) is:   __$591.84__ .

   The Unsecured Creditors' Pool ("UCP"), which is DI x ACP, as estimated by the Debtor(s), shall be no less than:
   __$35,510.40__ .

   *Debtor's(s')* equity in non-exempt property, as estimated by *Debtor(s)* per § 1325(a)(4), shall be no less than:
   __$0.00__ .

B.  **STATUTORY, ADMINISTRATIVE AND DSO CLAIMS:**

   1.  **CLERK'S FILING FEE:**  Total filing fees paid through the *Plan*, if any, are   __$0.00__   and shall be paid in full prior to disbursements to any other creditor.

   2.  **STATUTORY TRUSTEE'S PERCENTAGE FEE(S) AND NOTICING FEES:**  *Trustee's Percentage Fee(s)* and any noticing fees shall be paid first out of each receipt as provided in General Order 2017-01 (as it may be superseded or amended) and 28 U.S.C. § 586(e)(1) and (2).

   3.  **DOMESTIC SUPPORT OBLIGATIONS:**  The *Debtor* is responsible for paying any Post-petition Domestic Support Obligation directly to the DSO claimant.  Pre-petition Domestic Support Obligations per Schedule "E/F" shall be paid in the following monthly payments:

| DSO CLAIMANTS | SCHED. AMOUNT | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT $__ PER MO. |
|---|---|---|---|---|
| | | | | |

C.  **ATTORNEY FEES:**  To _____**Richard M. Weaver & Associates**_____ , total:   __$3,700.00__ ;
   __$75.00__ Pre-petition;   __$3,625.00__ disbursed by the *Trustee*.

Case No:
Debtor(s):  **Charles R Norris**
            **Tessa L Spencer**

**D.(1)  PRE-PETITION MORTGAGE ARREARAGE:**

| MORTGAGEE | SCHED. ARR. AMT. | DATE ARR. THROUGH | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**D.(2)  CURRENT POST-PETITION MORTGAGE PAYMENTS DISBURSED BY THE TRUSTEE IN A CONDUIT CASE:**

| MORTGAGEE | # OF PAYMENTS PAID BY TRUSTEE | CURRENT POST-PETITION MORTGAGE PAYMENT AMOUNT | FIRST CONDUIT PAYMENT DUE DATE (MM-DD-YY) |
|---|---|---|---|
|  |  |  |  |

**D.(3)  POST-PETITION MORTGAGE ARREARAGE:**

| MORTGAGEE | TOTAL AMT. | DUE DATE(S) (MM-DD-YY) | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**E.(1)  SECURED CREDITORS - PAID BY THE TRUSTEE:**

A.

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT Per Mo. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

B.

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | % |  | TREATMENT Pro-rata |
|---|---|---|---|---|---|
| **Conn's HomePlus** **Household Goods** | **$2,794.00** | **$1,000.00** | **0.00%** |  | **Pro-Rata** |
| **Conn's HomePlus** **Household Goods** | **$2,424.00** | **$1,500.00** | **0.00%** |  | **Pro-Rata** |

To the extent the value amount in E.(1) is less than the scheduled amount in E.(1), the creditor may object.  In the event a creditor objects to the treatment proposed in paragraph E.(1), the *Debtor(s)* retain(s) the right to surrender the *Collateral* to the creditor in satisfaction of the creditor's claim.

**E.(2)  SECURED 1325(a)(9) CLAIMS PAID BY THE TRUSTEE - NO CRAM DOWN:**

A.

| CREDITOR / COLLATERAL | SCHED. AMT. | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT Per Mo. |
|---|---|---|---|---|
| **Frontier Bank Of Texas** **2016 Ford F-150** | **$35,766.00** | **5.25%** | **Month(s) 1-58** | **$700.00** |
| **Global Lending Service** **2018 Mitsubishi Outlander** | **$25,863.00** | **5.25%** | **Month(s) 1-57** | **$520.00** |

B.

| CREDITOR / COLLATERAL | SCHED. AMT. | % |  | TREATMENT Pro-rata |
|---|---|---|---|---|
|  |  |  |  |  |

The valuation of *Collateral* set out in E.(1) and the interest rate to be paid on the above scheduled claims in E.(1) and E.(2) will be finally determined at confirmation.  The allowed claim amount will be determined based on a timely filed proof of claim and the *Trustee's Recommendation Concerning Claims* ("TRCC") or by an order on an objection to claim.

Absent any objection to the treatment described in E.(1) or E.(2), the creditor(s) listed in E.(1) and E.(2) shall be deemed to have accepted the *Plan* per section 1325(a)(5)(A) of the Bankruptcy Code and to have waived its or their rights under section 1325(a)(5)(B) and (C) of the Bankruptcy Code.

Case No:
Debtor(s): **Charles R Norris**
**Tessa L Spencer**

## F. SECURED CREDITORS - COLLATERAL TO BE SURRENDERED:

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | TREATMENT |
|---|---|---|---|
| | | | |

Upon confirmation, pursuant to 11 U.S.C. § 1322(b)(8), the surrender of the *Collateral* described herein will provide for the payment of all or part of a claim against the *Debtor(s)* in the amount of the value given herein.

The valuation of *Collateral* in F will be finally determined at confirmation. The allowed claim amount will be determined based on a timely filed proof of claim and the *Trustee's Recommendation Concerning Claims* ("TRCC") or by an order on an objection to claim.

The *Debtor(s)* request(s) that the automatic stay be terminated as to the surrendered *Collateral*. If there is no objection to the surrender, the automatic stay shall terminate and the *Trustee* shall cease disbursements on any secured claim which is secured by the *Surrendered Collateral*, without further order of the Court, on the 7th day after the date the *Plan* is filed. However, the stay shall not be terminated if the *Trustee* or affected secured lender files an objection in compliance with paragraph 8 of the General Order until such objection is resolved.

Nothing in this *Plan* shall be deemed to abrogate any applicable non-bankruptcy statutory or contractual rights of the *Debtor(s)*.

## G. SECURED CREDITORS - PAID DIRECT BY DEBTOR:

| CREDITOR | COLLATERAL | SCHED. AMT. |
|---|---|---|
| | | |

## H. PRIORITY CREDITORS OTHER THAN DOMESTIC SUPPORT OBLIGATIONS:

| CREDITOR | SCHED. AMT. | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|
| | | | |

## I. SPECIAL CLASS:

| CREDITOR | SCHED. AMT. | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|
| | | | |

JUSTIFICATION: _____

_____

## J. UNSECURED CREDITORS:

| CREDITOR | SCHED. AMT. | COMMENT |
|---|---|---|
| **A+ Federal Credit Union** | **$6,000.00** | |
| **A+ Federal Credit Union** | **$2,000.00** | |
| **A+ Federal Credit Union** | **$826.00** | |
| **A+ Federal Credit Union** | **$541.00** | |
| **A+ Federal Credit Union** | **$275.00** | |
| **Ability Recovery Service** | **$5,682.00** | |
| **Ad Astra Recovery** | **$1,571.00** | |
| **Ad Astra Recovery** | **$1,290.00** | |
| **Airport Finance** | **$0.00** | |
| **Americollect** | **$575.00** | |
| **Americollect** | **$575.00** | |
| **Caine & Weiner** | **$74.00** | |
| **Complete Credit Solutions** | **$740.00** | |
| **Conn's HomePlus** | **$1,794.00** | **Unsecured portion of the secured debt (Bifurcated)** |
| **Conn's HomePlus** | **$924.00** | **Unsecured portion of the secured debt (Bifurcated)** |

Case No:
Debtor(s):  **Charles R Norris**
           **Tessa L Spencer**

| | |
|---|---:|
| **Covington Credit/smc** | $1,755.00 |
| **Covington Credit/smc** | $1,755.00 |
| **Credit Management, LP** | $169.00 |
| **DATCU Credit Union** | $462.00 |
| **Dept of Ed / Navient** | $196,831.00 |
| **ERC/Enhanced Recovery Corp** | $245.00 |
| **FedLoan Servicing** | $0.00 |
| **Fingerhut** | $555.00 |
| **First Premier Bank** | $909.00 |
| **Genesis Bc/celtic Bank** | $252.00 |
| **I C System Inc** | $243.00 |
| **I C System Inc** | $199.00 |
| **Kohls/Capital One** | $600.00 |
| **LVNV Funding/Resurgent Capital** | $1,289.00 |
| **Merchants & Professional Credit Bureau** | $311.00 |
| **Midland Funding** | $539.00 |
| **Mobiloansllc** | $1,320.00 |
| **Mobiloansllc** | $997.00 |
| **Msb/gila Grp** | $438.00 |
| **Navient** | $7,747.00 |
| **Navient** | $6,215.00 |
| **Navient** | $3,589.00 |
| **Navient** | $3,507.00 |
| **Navient** | $3,345.00 |
| **Portfolio Recovery** | $1,051.00 |
| **Portfolio Recovery** | $785.00 |
| **Portfolio Recovery** | $645.00 |
| **Portfolio Recovery** | $577.00 |
| **Portfolio Recovery** | $534.00 |
| **Portfolio Recovery** | $247.00 |
| **Prosperity Bank** | $531.00 |
| **Rooms To Go** | $453.00 |
| **Sarma Coll** | $90.00 |
| **Security Finance** | $1,966.00 |
| **Security Finance** | $1,808.00 |
| **U.S. Department of Education** | $3,260.00 |
| **U.S. Department of Education** | $2,499.00 |
| **U.S. Department of Education** | $2,170.00 |
| **U.S. Department of Education** | $2,058.00 |
| **Verizon Wireless** | $2,655.00 |
| TOTAL SCHEDULED UNSECURED: | **$277,468.00** |

The *Debtor's(s')* estimated (but not guaranteed) payout to unsecured creditors based on the scheduled amount is _____**14%**_____.

General unsecured claims will not receive any payment until after the order approving the TRCC becomes final.

Case No:
Debtor(s):  **Charles R Norris**
            **Tessa L Spencer**

### K.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| § 365 PARTY | ASSUME/REJECT | CURE AMOUNT | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|
| | | | | |

**SECTION II**
**DEBTOR'S(S') CHAPTER 13 PLAN - GENERAL PROVISIONS**
**FORM REVISED 7/1/17**

### A.  SUBMISSION OF DISPOSABLE INCOME:

*Debtor(s)* hereby submit(s) future earnings or other future income to the *Trustee* to pay the *Base Amount.*

### B.  ADMINISTRATIVE EXPENSES, DSO CLAIMS & PAYMENT OF TRUSTEE'S STATUTORY PERCENTAGE FEE(S) AND NOTICING FEES:

The Statutory Percentage Fees of the *Trustee* shall be paid in full pursuant to 11 U.S.C. §§ 105(a), 1326(b)(2), and 28 U.S.C. § 586(e)(1)(B).  The *Trustee* is authorized to charge and collect Noticing Fees as indicated in Section I, Part "B" hereof.

### C.  ATTORNEY FEES:

*Debtor's(s')* Attorney Fees totaling the amount indicated in Section I, Part C, shall be disbursed by the *Trustee* in the amount shown as "Disbursed By The Trustee" pursuant to this *Plan* and the **Debtor's(s')** Authorization for Adequate Protection Disbursements ("*AAPD*"), if filed.

### D.(1)  PRE-PETITION MORTGAGE ARREARAGE:

The Pre-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed pre-petition arrearage amount and at the rate of interest indicated in Section I, Part D.(1).  To the extent interest is provided, it will be calculated from the date of the Petition.  The principal balance owing upon confirmation of the *Plan* on the allowed pre-petition *Mortgage Arrearage* amount shall be reduced by the total adequate protection less any interest (if applicable) paid to the creditor by the *Trustee*.  Such creditors shall retain their liens.

### D.(2)  CURRENT POST-PETITION MORTGAGE PAYMENTS DISBURSED BY TRUSTEE IN A CONDUIT CASE:

*Current Post-Petition Mortgage Payment(s)* shall be paid by the *Trustee* as indicated in Section I, Part D.(2), or as otherwise provided in the General Order.

The *Current Post-Petition Mortgage Payment(s)* indicated in Section I, Part D.(2) reflects what the *Debtor(s)* believe(s) is/are the periodic payment amounts owed to the *Mortgage Lender* as of the date of the filing of this *Plan*.  Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order, paragraph 15(c)(3).

Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.

Upon completion of the *Plan, Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by their contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment.*

Unless otherwise ordered by the Court, and subject to Bankruptcy Rule 3002.1(f)-(h), if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s) due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.

### D.(3)  POST-PETITION MORTGAGE ARREARAGE:

The *Post-Petition Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest indicated in Section I, Part D.(3).  To the extent interest is provided, it will be calculated from the date of the Petition.

*Mortgage Lenders* shall retain their liens.

Case No:
Debtor(s): **Charles R Norris**
**Tessa L Spencer**

### E.(1)  SECURED CLAIMS TO BE PAID BY TRUSTEE:

The claims listed in Section I, Part E.(1) shall be paid by the *Trustee* as secured to the extent of the lesser of the allowed claim amount (per a timely filed Proof of Claim not objected to by a party in interest) or the value of the *Collateral* as stated in the *Plan*. Any amount claimed in excess of the value shall automatically be split and treated as unsecured as indicated in Section I, Part H or J, per 11 U.S.C. § 506(a). Such creditors shall retain their liens on the *Collateral* described in Section I, Part E.(1) as set out in 11 U.S.C. § 1325(a)(5)(B)(I) and shall receive interest at the rate indicated from the date of confirmation or, if the value shown is greater than the allowed claim amount, from the date of the Petition, up to the amount by which the claim is over-secured. The principal balance owing upon confirmation of the *Plan* on the allowed secured claim shall be reduced by the total of adequate protection payments less any interest (if applicable) paid to the creditor by the *Trustee*.

### E.(2)  SECURED 1325(a)(9) CLAIMS TO BE PAID BY THE TRUSTEE--NO CRAM DOWN:

Claims in Section I, Part E.(2) are either debts incurred within 910 days of the *Petition Date* secured by a purchase money security interest in a motor vehicle acquired for the personal use of the *Debtor(s)* or debts incurred within one year of the *Petition Date* secured by any other thing of value.

The claims listed in Section I, Part E.(2) shall be paid by the *Trustee* as fully secured to the extent of the allowed amount (per a timely filed Proof of Claim not objected to by a party in interest). Such creditors shall retain their liens on the *Collateral* described in Section I, Part E.(2) until the earlier of the payment of the underlying debt determined under non-bankruptcy law or a discharge under § 1328 and shall receive interest at the rate indicated from the date of confirmation. The principal balance owing upon confirmation of the *Plan* on the allowed secured claim shall be reduced by the total of adequate protection payments paid to the creditor by the *Trustee*.

To the extent a secured claim not provided for in Section I, Part D, E.(1) or E.(2) is allowed by the Court, *Debtor(s)* will pay the claim direct per the contract or statute.

Each secured claim shall constitute a separate class.

### F.  SATISFACTION OF CLAIM BY SURRENDER OF COLLATERAL:

The claims listed in Section I, Part F shall be satisfied as secured to the extent of the value of the *Collateral*, as stated in the *Plan*, by surrender of the *Collateral* by the *Debtor(s)* on or before confirmation. Any amount claimed in excess of the value of the *Collateral*, to the extent it is allowed, shall be automatically split and treated as indicated in Section I, Part H or J, per 11 U.S.C. § 506(a).

Each secured claim shall constitute a separate class.

### G.  DIRECT PAYMENTS BY DEBTOR(S):

Payments on all secured claims listed in Section I, Part G shall be disbursed by the *Debtor(s)* to the claimant in accordance with the terms of their agreement or any applicable statute, unless otherwise provided in Section III, "Nonstandard Provisions."

No direct payment to the IRS from future income or earnings in accordance with 11 U.S.C. § 1322(a)(1) will be permitted.

Each secured claim shall constitute a separate class.

### H.  PRIORITY CLAIMS OTHER THAN DOMESTIC SUPPORT OBLIGATIONS:

Failure to object to confirmation of this *Plan* shall not be deemed acceptance of the "SCHED. AMT." shown in Section I, Part H. The claims listed in Section I, Part H shall be paid their allowed amount by the *Trustee*, in full, pro-rata, as priority claims, without interest.

### I.  CLASSIFIED UNSECURED CLAIMS:

Classified unsecured claims shall be treated as allowed by the Court.

### J.  GENERAL UNSECURED CLAIMS TIMELY FILED:

All other allowed claims not otherwise provided for herein shall be designated general unsecured claims.

Case No:
Debtor(s): **Charles R Norris**
**Tessa L Spencer**

---

**K.** <u>**EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**</u>

As provided in § 1322(b)(7) of the Bankruptcy Code, the *Debtor(s)* assume(s) or reject(s) the executory contracts or unexpired leases with parties as indicated in Section I, Part K.

Assumed lease and executory contract arrearage amounts shall be disbursed by the *Trustee* as indicated in Section I, Part K.

**L.** <u>**CLAIMS TO BE PAID:**</u>

"TERM (APPROXIMATE)" as used in this *Plan* states the estimated number of months from the *Petition Date* required to fully pay the allowed claim. If adequate protection payments have been authorized and made, they will be applied to principal as to both under-secured and fully secured claims and allocated between interest and principal as to over-secured claims. Payment pursuant to this *Plan* will only be made on statutory, secured, administrative, priority and unsecured claims that are allowed or, pre-confirmation, that the *Debtor(s)* has/have authorized in a filed Authorization for Adequate Protection Disbursements.

**M.** <u>**ADDITIONAL PLAN PROVISIONS:**</u>

Any additional *Plan* provisions shall be set out in Section III, "Nonstandard Provisions."

**N.** <u>**POST-PETITION NON-ESCROWED AD VALOREM (PROPERTY) TAXES AND INSURANCE:**</u>

Whether the *Debtor* is a *Conduit Debtor* or not, if the regular payment made by the *Debtor* to a *Mortgage Lender* or any other lienholder secured by real property does not include an escrow for the payment of ad valorem (property) taxes or insurance, the *Debtor* is responsible for the timely payment of post-petition taxes directly to the tax assessor and is responsible for maintaining property insurance as required by the mortgage security agreement, paying all premiums as they become due directly to the insurer. If the *Debtor* fails to make these payments, the mortgage holder may, but is not required to, pay the taxes and/or the insurance. If the mortgage holder pays the taxes and/or insurance, the mortgage holder may file, as appropriate, a motion for reimbursement of the amount paid as an administrative claim or a *Notice of Payment Change by Mortgage Lender* or a *Notice of Fees, Expenses, and Charges.*

**O.** <u>**CLAIMS NOT FILED:**</u>

A claim not filed with the Court will not be paid by the *Trustee* post-confirmation regardless of its treatment in Section I or on the *AAPD.*

**P.** <u>**CLAIMS FOR PRE-PETITION NON-PECUNIARY PENALTIES, FINES, FORFEITURES, MULTIPLE, EXEMPLARY OR PUNITIVE DAMAGES:**</u>

Any unsecured claim for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims, shall be paid only a pro-rata share of any funds remaining after all other unsecured claims, including late filed claims, have been paid in full.

**Q.** <u>**CLAIMS FOR POST-PETITION PENALTIES AND INTEREST:**</u>

No interest, penalty, or additional charge shall be allowed on any pre-petition claims subsequent to the filing of the petition, unless expressly provided herein.

**R.** <u>**BUSINESS CASE OPERATING REPORTS:**</u>

Upon the filing of the *Trustee's* 11 U.S.C. § 1302(c) Business Case Report, business *Debtors* are no longer required to file operating reports with the *Trustee*, unless the *Trustee* requests otherwise. The filing of the *Trustee's* 11 U.S.C. § 1302(c) Business Case Report shall terminate the *Trustee's* duties but not the *Trustee's* right to investigate or monitor the *Debtor's(s')* business affairs, assets or liabilities.

**S.** <u>**NO TRUSTEE'S LIABILITY FOR DEBTOR'S POST-CONFIRMATION OPERATION AND BAR DATE FOR CLAIMS FOR PRE-CONFIRMATION OPERATIONS:**</u>

The *Trustee* shall not be liable for any claim arising from the post-confirmation operation of the *Debtor's(s')* business. Any claims against the *Trustee* arising from the pre-confirmation operation of the *Debtor's(s')* business must be filed with the Bankruptcy Court within sixty (60) days after entry by the Bankruptcy Court of the Order of Confirmation or be barred.

**T.** <u>**DISPOSAL OF DEBTOR'S NON-EXEMPT PROPERTY; RE-VESTING OF PROPERTY; NON-LIABILITY OF TRUSTEE FOR PROPERTY IN POSSESSION OF DEBTOR WHERE DEBTOR HAS EXCLUSIVE RIGHT TO USE, SELL, OR LEASE IT; AND TRUSTEE PAYMENTS UPON POST CONFIRMATION CONVERSION OR DISMISSAL:**</u>

*Debtor(s)* shall not dispose of or encumber any non-exempt property or release or settle any lawsuit or claim by *Debtor(s)*, prior to discharge, without consent of the *Trustee* or order of the Court after notice to the *Trustee* and all creditors.

Case No:
Debtor(s):  **Charles R Norris**
            **Tessa L Spencer**

---

Property of the estate shall not vest in the *Debtor* until such time as a discharge is granted or the *Case* is dismissed or closed without discharge.  Vesting shall be subject to all liens and encumbrances in existence when the *Case* was filed and all valid post-petition liens, except those liens avoided by court order or extinguished by operation of law.  In the event the *Case* is converted to a case under chapter 7, 11, or 12 of the Bankruptcy Code, the property of the estate shall vest in accordance with applicable law.  After confirmation of the *Plan*, the *Trustee* shall have no further authority, fiduciary duty or liability regarding the use, sale, insurance of or refinance of property of the estate except to respond to any motion for the proposed use, sale, or refinance of such property as required by the applicable laws and/or rules.  Prior to any discharge or dismissal, the *Debtor(s)* must seek approval of the court to purchase, sell, or refinance real property.

Upon dismissal of the *Case* post confirmation, the *Trustee* shall disburse all funds on hand in accordance with this *Plan*.  Upon conversion of the *Case*, any balance on hand will be disbursed by the *Trustee* in accordance with applicable law.

**U.  ORDER OF PAYMENT:**

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an order confirming the Chapter 13 Plan, whether pursuant to this *Plan* or a modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized.  Each numbered paragraph below is a level of payment.  All disbursements which are in a specified monthly amount are referred to as "per mo."  At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment.  If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis.  Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

1st -- Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees in B.(1) and B.(2) and per statutory provisions will be paid in full.

2nd -- Current Post-Petition Mortgage Payments (Conduit) in D.(2) and as adjusted according to the General Order, which must be designated to be paid per mo.

3rd -- Creditors listed in E.(1)(A) and E.(2)(A), which must be designated to be paid per mo, and Domestic Support Obligations ("DSO") in B.(3), which must be designated to be paid per mo.

4th -- Attorney Fees in C, which must be designated to be paid pro-rata.

5th -- Post-Petition Mortgage Arrearage as set out in D.(3), if designated to be paid per mo.

6th -- Post-Petition Mortgage Arrearage as set out in D.(3), if designated to be paid pro-rata.

7th -- Arrearages owed on Executory Contracts and Unexpired Leases in K, which must be designated to be paid per mo.

8th -- Any Creditors listed in D.(1), if designated to be paid per mo.

9th -- Any Creditors listed in D.(1), if designated to be paid pro-rata and/or Creditors listed in E.(1)(B) or E.(2)(B), which must be designated to be paid pro-rata.

10th -- All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges*, which will be paid pro-rata.

11th -- Priority Creditors Other than Domestic Support Obligations ("Priority Creditors") in H, which must be designated to be paid pro-rata.

12th -- Special Class in I, which must be designated to be paid per mo.

13th -- Unsecured Creditors in J, other than late filed or penalty claims, which must be designated to be paid pro-rata.

14th -- Late filed claims by Secured Creditors in D.(1), D.(2), D.(3), E.(1) and E.(2), which must be designated to be paid pro-rata, unless other treatment is authorized by the Court.

15th -- Late filed claims for DSO or filed by Priority Creditors in B.(3) and H, which must be designated to be paid pro-rata.

Case No:
Debtor(s):    **Charles R Norris**
              **Tessa L Spencer**

16th -- Late filed claims by Unsecured Creditors in J, which must be designated to be paid pro-rata.

17th -- Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims.  These claims must be designated to be paid pro-rata.

### V.    POST-PETITION CLAIMS:

Claims filed under § 1305 of the Bankruptcy Code shall be paid as allowed.  To the extent necessary, *Debtor(s)* will modify this *Plan*.

### W.    TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS ("TRCC") PROCEDURE:

See the provisions of the General Order regarding this procedure.

Case No:
Debtor(s): **Charles R Norris**
**Tessa L Spencer**

### SECTION III
### NONSTANDARD PROVISIONS

The following nonstandard provisions, if any, constitute terms of this *Plan*. Any nonstandard provision placed elsewhere in the *Plan* is void.

**None.**

I, the undersigned, hereby certify that the *Plan* contains no nonstandard provisions other than those set out in this final paragraph.

**/s/ Richard Weaver**
_____          _____
Richard Weaver, Debtor's(s') Attorney             Debtor (if unrepresented by an attorney)


Debtor's(s') Chapter 13 Plan (Containing a Motion for Valuation) is respectfully submitted.

**/s/ Richard Weaver**                            **21010820**
_____          _____
Richard Weaver, Debtor's(s') Counsel              State Bar Number

**/s/ Charles R Norris**                          **/s/ Tessa L Spencer**
_____          _____
Charles R Norris, Debtor                          Tessa L Spencer, Joint Debtor

Case No:
Debtor(s):   **Charles R Norris**
             **Tessa L Spencer**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing Debtor's(s') Chapter 13 Plan (Containing a Motion for Valuation) was served on the following entities either by Electronic Service or by First Class Mail, Postage Pre-paid on the ___**29th day of January, 2019**___ :

(List each party served, specifying the name and address of each party)

Dated: _____**January 29, 2019**_____        **/s/ Richard Weaver** _____
                                                Richard Weaver, Debtor's(s') Counsel

| | | |
|---|---|---|
| A+ Federal Credit Union<br>xxxxxx0600<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ad Astra Recovery<br>xxx3523<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Alliance One<br>PO Box 1007<br>Arlington, TX 76004 |
| A+ Federal Credit Union<br>xxxxxx0800<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ad Astra Recovery<br>xxx6417<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Americollect<br>xxxxx9017<br>PO Box 1566<br>1851 South Alverno Road<br>Manitowoc, WI 54221 |
| A+ Federal Credit Union<br>xxxxxx0400<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Advance America<br>750 Shipyard Dr #300<br>Wilmington, DE 19801 | Americollect<br>xxxx0003<br>PO Box 1566<br>1851 South Alverno Road<br>Manitowoc, WI 54221 |
| A+ Federal Credit Union<br>xxxxxx0500<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Aes/brazos/us Bank<br>xxxxxxxxxxxx0001<br>Attn: Bankruptcy Dept<br>PO Box 2461<br>Harrisburg, PA 17105 | Attorney General of Texas<br>Bankruptcy Section<br>400 S Zang Blvd Ste 500<br>Dallas, TX  75208-6640 |
| A+ Federal Credit Union<br>xxxxx0505<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Airport Finance<br>xxxxxxxxx2420<br>3851 Airport Blvd #102<br>Austin, TX 78722 | Blalack & Williams<br>One Mockingbird Plaza<br>1420 W. Mockingbird Ste 640<br>Dallas, TX  75247 |
| Ability Recovery Service<br>xxxxxx25N1<br>Attn: Bankruptcy<br>PO Box 4262<br>Scranton, PA 18505 | Alliance One<br>4797 Ruffner<br>San Diego, CA  92111 | Caine & Weiner<br>xxxx9799<br>Attn: Bankruptcy<br>PO Box 5010<br>Woodland Hills, CA 91365 |

Case No:
Debtor(s):   **Charles R Norris**
             **Tessa L Spencer**

---

Cashnet USA
175 W Jackson St Ste 1000
Chicago, IL 60604

Covington Credit/smc
xxxxx8664
10926 Leopard St Ste G
Corpus Christi, TX 78410

Dept of Ed / Navient
xxxxxxxxxxxxxxxxxx0303
Attn: Claims Dept
PO Box 9635
Wilkes Barr, PA 18773

Charles R Norris
3214 Palos Verdes Drive
Denton, TX 76210

Covington Credit/smc
xxxxx8643
10926 Leopard St Ste G
Corpus Christi, TX 78410

ERC/Enhanced Recovery Corp
xxxxx0090
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Check N Go
7755 Montgomery Rd, Ste 400
Cincinnati, OH 45236

Credit Management, LP
xxxx8512
Attn: Bankruptcy
PO Box 118288
Carrollton, TX 75011

Essential Lending Lending
xxxxxxx7782
Attn: Bankruptcy
113 University Dr #308
Fort Worth, TX 76109

City of Austin Ambulance
PO Box 1088
Austin, TX 78767

Credit One Bank
xxxxxxxxxxxx7763
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV 89193

FedLoan Servicing
xxxxxxxxxxxxx0002
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA 17106

Complete Credit Solutions
xxxxx91N1
2921 Brown Trail Ste 100
Bedford, TX 76021

Crest Financial
61 West 13490 South
Salt Lake, UT 84020

FHA Single Family Loan Mtg -
US Dept of Housing & Urban HUD
801 Cherry St Unit 45
Fort Worth, TX  76102-6882

Conn's HomePlus
xxxxx0231
Attn: Bankruptcy Dept
PO Box 2358
Beaumont, TX 77704

CTRMA
PO Box 16777
Austin, TX 78761

Fingerhut
xxxxxxxxxxxx3030
Attn: Bankruptcy
PO Box 1250
Saint Cloud, MN 56395

Conn's HomePlus
xxxxxxxxxxxxxxxxxx1118
Attn: Bankruptcy Dept
PO Box 2358
Beaumont, TX 77704

Cvgtn Tx0066
xxxxx6902
10926 Leopard St Ste G
Corpus Christi, TX 78410

First Premier Bank
xxxxxxxxxxxx5624
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Corpus Christi Outpatient
3636 S Alemeda St Ste A
Corpus Christi, TX 78411

DATCU Credit Union
xxxxxx0002
Attn: Bankrutpcy
PO Box 827
Denton, TX 76202

Frontier Bank Of Texas
xxxxx3600
PO Box 551
Elgin, TX 78621

Case No:
Debtor(s): **Charles R Norris**
**Tessa L Spencer**

---

Genesis Bc/celtic Bank
xxxxxxxxxxxx8810
Attn: Bankruptcy
268 South State Street Ste 300
Salt Lake City, UT 84111

LVNV Funding/Resurgent Capital
xxxxxxxxxxxx7763
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Mobiloansllc
xxxxxx3645
P.O. Box 1409
Marksville, LA 71351

Global Financial Credit LLC
14 Mamaroneck Ave 3F
KatonahWhite Plains, NY 10601

Maxlend
PO Box 639
Parshall, ND 58770

Money Key
3422 Old Capital Trl Ste 1613
Wilmington, DE 19808

Global Lending Service
xxxxxx7554
Attn: Bankruptcy
PO Box 10437
Greenville, SC 29603

Medical City Denton
NPAS Inc
PO Box 99400
Louisville, KY 40269

Msb/gila Grp
xxxxx0096
6505 Airport Bv
Austin, TX 78752

I C System Inc
xxxx3244
Attn: Bankruptcy
PO Box 64378
St Paul, MN 55164

Medical City of Corpus Christi
7101 S Padre Island Drive
Corpus Christi, TX 78412

Navient
xxxxxxxxxxxxxxxxxxxx0418
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

I C System Inc
xxxx0908
Attn: Bankruptcy
PO Box 64378
St Paul, MN 55164

Medical City of Lewisville
500 W Main St
Lewisville, TX 75057

Navient
xxxxxxxxxxxxxxxxxxxx0412
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Merchants & Professional Credit
Bureau
xxx6453
Attn: Bankruptcy
5508 Parkcrest Dr Ste. 210
Austin, TX 78731

Navient
xxxxxxxxxxxxxxxxxxxx0119
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

IRS- Special Procedures Staff
Bankruptcy: Mail Code 502DAL
1100 Commerce Street RM 9a20
Dallas, TX 75242

Midland Funding
xxxxxx1139
2365 Northside Dr Ste 300
San Diego, CA 92108

Navient
xxxxxxxxxxxxxxxxxxxx0124
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

Kohls/Capital One
xxxxxxxxxxxx6077
Kohls Credit
PO Box 3120
Milwaukee, WI 53201

Mobiloansllc
xxxxxx9361
P.O. Box 1409
Marksville, LA 71351

New Hampshire Higher Ed/Granite
State Mg
xxxxxxxxxx3274
Attn: Bankruptcy
PO Box 2097
Concord, NH 03302

Case No:
Debtor(s): **Charles R Norris**
**Tessa L Spencer**

---

Nueces City Electric
14353 Cooperative Ave
Corpis Christi, TX 78380

Portfolio Recovery
xxxxxxxxxxx2562
PO Box 41021
Norfolk, VA 23541

Security Finance
xxxxxx0290
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304

Physicians Clinic
PO BOX 3755
Omaha, NE 68103-0755

Power Finance
8500 North Stemmons Freeway Ste
440
Dallas, TX 75247

Snap Finance
1760 W 2100 S#26561
Salt Lake City, UT 84199

Physicians Natl Medical
PO Box 840653
Dallas, TX 75284

Progressive
256 Data Drive
Draper, UT 84020

Speedy Cash
Attn: Bankruptcy
8400 E. 32nd St N
Wichita, KS 67226

Portfolio Recovery
xxxxxxxxxxxx7765
PO Box 41021
Norfolk, VA 23541

Prosperity Bank
xxx5103
80 Sugar Creek Center Blvd.
Sugar Land, TX 77478

Synchrony Bank/ JC Penneys
xxxxxxxxxxxx2562
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

Portfolio Recovery
xxxxxxxxxxxx3111
PO Box 41021
Norfolk, VA 23541

Riverbend Cash
PO Box 557
Hays, MT 59527

Synchrony Bank/ Old Navy
xxxxxxxxxxxx7031
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

Portfolio Recovery
xxxxxxxxxxxx3876
PO Box 41021
Norfolk, VA 23541

Rooms To Go
xxxxxxxxxxxx7632
Bankruptcy Dept
11540 Highway 92 East
Seffner, FL 33584

Texas Health
PO BOX 731778
Dallas, Texas 75373

Portfolio Recovery
xxxxxxxxxxxx3159
PO Box 41021
Norfolk, VA 23541

S. TX Bone & Joint
601 Texan Trail #300
Corpus Christi, TX 78411

U.S. Department of Education
xxxx5486
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Portfolio Recovery
xxxxxxxxxxxx5547
PO Box 41021
Norfolk, VA 23541

Sarma Coll
xxxxxx0414
Attn: Bankruptcy
555 E Ramsey Rd
San Antonio, TX 78216

U.S. Department of Education
xxxx5482
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Case No:
Debtor(s):    **Charles R Norris**
              **Tessa L Spencer**

U.S. Department of Education
xxxx5483
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116


U.S. Department of Education
xxxx3460
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116


US Dept of Education
xxxxxxxxxxx9761
Attn: Bankruptcy
PO Box 16448
Saint Paul, MN 55116


US Dept. of Hud - Title 1
52 Corporate Circle
Albany, NY  12203-5121



Verizon Wireless
xxxxxxxxxx0001
Attn: Verizon Wireless Bankruptcy
Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

Veterans Adm. Dept of Veteran's
Affairs
Regional Office Finance Sec. (24)
One Veterans Plaza
701 Clay Avenue
Waco, TX  76799-0001

Wells Fargo Home Mortgage
xxxxxxxxx2264
Attn: Bankruptcy
PO Box 10335
Des Moines, IA 50306


Wise Loans
3113 S University Dr Ste 308
Fort Worth, TX 76109

**Richard M. Weaver & Associates**
5601 Airport Freeway
Fort Worth, TX 76117

Bar Number:  **21010820**
Phone:   **(817) 222-1108**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**
Revised 10/1/2016

| | | | |
|---|---|---|---|
| IN RE: **Charles R Norris** | xxx-xx-7554 | § | CASE NO: |
| 3214 Palos Verdes Drive | | § | |
| Denton, TX 76210 | | § | |
| | | § | |
| | | § | |
| **Tessa L Spencer** | xxx-xx-6334 | | |
| 3214 Palos Verdes Drive | | | |
| Denton, TX 76210 | | | |

Debtor(s)

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS    DATED: _1/29/2019_____

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed as indicated below:

| | | |
|---|---|---|
| Periodic Payment Amount | | **$2,150.00** |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $5.00 carried forward |
| Trustee Percentage Fee | $214.50 | $215.00 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $105.00 | $0.00 |
| **Subtotal Expenses/Fees** | **$324.50** | **$215.00** |
| Available for payment of Adequate Protection, Attorney Fees and Current Post-Petition Mortgage Payments: | **$1,825.50** | **$1,935.00** |

**CREDITORS SECURED BY VEHICLES (CAR CREDITORS):**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| Frontier Bank Of Texas | 2016 Ford F-150 | $35,766.00 | $21,253.00 | 1.25% | $265.66 |
| Global Lending Service | 2018 Mitsubishi Outlander | $25,863.00 | $16,188.00 | 1.25% | $202.35 |
| | | Total Adequate Protection Payments for Creditors Secured by Vehicles: | | | **$468.01** |

**CURRENT POST-PETITION MORTGAGE PAYMENTS (CONDUIT):**

| Name | Collateral | Start Date | Scheduled Amount | Value of Collateral | Payment Amount |
|---|---|---|---|---|---|
| | | Payments for Current Post-Petition Mortgage Payments (Conduit): | | | **$0.00** |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

Case No:
Debtor(s): Charles R Norris
Tessa L Spencer

**CREDITORS SECURED BY COLLATERAL OTHER THAN A VEHICLE:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|------|-----------|------------------|---------------------|-------------------------------|------------------------------------|
| | Total Adequate Protection Payments for Creditors Secured by Collateral other than a vehicle: | | | | **$0.00** |

**TOTAL PRE-CONFIRMATION PAYMENTS**

**First Month Disbursement (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | **$468.01** |
| Debtor's Attorney, per mo: | **$1,357.49** |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | **$0.00** |

**Disbursements starting month 2 (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | **$468.01** |
| Debtor's Attorney, per mo: | **$1,466.99** |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | **$0.00** |

**Order of Payment:**

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 Trustee prior to entry of an order confirming the Chapter 13 Plan will be paid in the order set out above. All disbursements which are in a specified monthly amount are referred to as "per mo". At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on the per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. Other than the Current Post-Petition Mortgage Payments, the principal balance owing upon confirmation of the Plan on the allowed secured claim shall be reduced by the total of adequate protection payments, less any interest (if applicable), paid to the creditor by the Trustee.

DATED:  **1/29/2019**

**/s/ Richard Weaver**
Attorney for Debtor(s)

**/s/ Charles R Norris**
Debtor

**/s/ Tessa L Spencer**
Joint Debtor

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Charles R Norris**                                                    CASE NO.
_____
                        *Debtor*


**Tessa L Spencer**                                                         CHAPTER   **13**
_____
                    *Joint Debtor*


### CERTIFICATE OF SERVICE

---

    I, the undersigned, hereby certify that on January 29, 2019, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).


**/s/ Richard Weaver**
_____
Richard Weaver
Bar ID:21010820
Richard M. Weaver & Associates
5601 Airport Freeway
Fort Worth, TX 76117
(817) 222-1108

---

| | | |
|---|---|---|
| A+ Federal Credit Union<br>xxxxxx0600<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | A+ Federal Credit Union<br>xxxxxx0505<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Advance America<br>750 Shipyard Dr #300<br>Wilmington, DE 19801 |
| A+ Federal Credit Union<br>xxxxxx0800<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ability Recovery Service<br>xxxxxx25N1<br>Attn: Bankruptcy<br>PO Box 4262<br>Scranton, PA 18505 | Aes/brazos/us Bank<br>xxxxxxxxxxxx0001<br>Attn: Bankruptcy Dept<br>PO Box 2461<br>Harrisburg, PA 17105 |
| A+ Federal Credit Union<br>xxxxxx0400<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ad Astra Recovery<br>xxx3523<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Airport Finance<br>xxxxxxxxx2420<br>3851 Airport Blvd #102<br>Austin, TX 78722 |
| A+ Federal Credit Union<br>xxxxxx0500<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ad Astra Recovery<br>xxx6417<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Alliance One<br>4797 Ruffner<br>San Diego, CA  92111 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **Charles R Norris** _____   CASE NO.

_Debtor_

**Tessa L Spencer** _____   CHAPTER   **13**

_Joint Debtor_

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Alliance One
PO Box 1007
Arlington, TX 76004

Charles R Norris
3214 Palos Verdes Drive
Denton, TX 76210

Covington Credit/smc
xxxxx8664
10926 Leopard St Ste G
Corpus Christi, TX 78410


Americollect
xxxxx9017
PO Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

Check N Go
7755 Montgomery Rd, Ste 400
Cincinnati, OH 45236

Covington Credit/smc
xxxxx8643
10926 Leopard St Ste G
Corpus Christi, TX 78410


Americollect
xxxx0003
PO Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

City of Austin Ambulance
PO Box 1088
Austin, TX 78767

Credit Management, LP
xxxx8512
Attn: Bankruptcy
PO Box 118288
Carrollton, TX 75011


Attorney General of Texas
Bankruptcy Section
400 S Zang Blvd Ste 500
Dallas, TX  75208-6640

Complete Credit Solutions
xxxxx91N1
2921 Brown Trail Ste 100
Bedford, TX 76021

Credit One Bank
xxxxxxxxxxxx7763
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV 89193


Blalack & Williams
One Mockingbird Plaza
1420 W. Mockingbird Ste 640
Dallas, TX  75247

Conn's HomePlus
xxxxx0231
Attn: Bankruptcy Dept
PO Box 2358
Beaumont, TX 77704

Crest Financial
61 West 13490 South
Salt Lake, UT 84020


Caine & Weiner
xxxx9799
Attn: Bankruptcy
PO Box 5010
Woodland Hills, CA 91365

Conn's HomePlus
xxxxxxxxxxxxxxxxxxx1118
Attn: Bankruptcy Dept
PO Box 2358
Beaumont, TX 77704

CTRMA
PO Box 16777
Austin, TX 78761


Cashnet USA
175 W Jackson St Ste 1000
Chicago, IL 60604

Corpus Christi Outpatient
3636 S Alemeda St Ste A
Corpus Christi, TX 78411

Cvgtn Tx0066
xxxxx6902
10926 Leopard St Ste G
Corpus Christi, TX 78410

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Charles R Norris** _____      CASE NO.

                            *Debtor*

        **Tessa L Spencer** _____      CHAPTER   **13**

                       *Joint Debtor*

## CERTIFICATE OF SERVICE
### (Continuation Sheet #2)

| | | |
|---|---|---|
| DATCU Credit Union<br>xxxxxx0002<br>Attn: Bankrutpcy<br>PO Box 827<br>Denton, TX 76202 | First Premier Bank<br>xxxxxxxxxxxx5624<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117 | IRS<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Dept of Ed / Navient<br>xxxxxxxxxxxxxxxxxxx0303<br>Attn: Claims Dept<br>PO Box 9635<br>Wilkes Barr, PA 18773 | Frontier Bank Of Texas<br>xxxxx3600<br>PO Box 551<br>Elgin, TX 78621 | IRS- Special Procedures Staff<br>Bankruptcy: Mail Code 502DAL<br>1100 Commerce Street RM 9a20<br>Dallas, TX 75242 |
| ERC/Enhanced Recovery Corp<br>xxxxx0090<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Genesis Bc/celtic Bank<br>xxxxxxxxxxxx8810<br>Attn: Bankruptcy<br>268 South State Street Ste 300<br>Salt Lake City, UT 84111 | Kohls/Capital One<br>xxxxxxxxxxxx6077<br>Kohls Credit<br>PO Box 3120<br>Milwaukee, WI 53201 |
| Essential Lending Lending<br>xxxxxxxx7782<br>Attn: Bankruptcy<br>113 University Dr #308<br>Fort Worth, TX 76109 | Global Financial Credit LLC<br>14 Mamaroneck Ave 3F<br>KatonahWhite Plains, NY 10601 | LVNV Funding/Resurgent Capital<br>xxxxxxxxxxxx7763<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603 |
| FedLoan Servicing<br>xxxxxxxxxxxx0002<br>Attn: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA 17106 | Global Lending Service<br>xxxxxx7554<br>Attn: Bankruptcy<br>PO Box 10437<br>Greenville, SC 29603 | Maxlend<br>PO Box 639<br>Parshall, ND 58770 |
| FHA Single Family Loan Mtg -<br>US Dept of Housing & Urban HUD<br>801 Cherry St Unit 45<br>Fort Worth, TX 76102-6882 | I C System Inc<br>xxxx3244<br>Attn: Bankruptcy<br>PO Box 64378<br>St Paul, MN 55164 | Medical City Denton<br>NPAS Inc<br>PO Box 99400<br>Louisville, KY 40269 |
| Fingerhut<br>xxxxxxxxxxxx3030<br>Attn: Bankruptcy<br>PO Box 1250<br>Saint Cloud, MN 56395 | I C System Inc<br>xxxx0908<br>Attn: Bankruptcy<br>PO Box 64378<br>St Paul, MN 55164 | Medical City of Corpus Christi<br>7101 S Padre Island Drive<br>Corpus Christi, TX 78412 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **Charles R Norris**                                      CASE NO.

_____
                        *Debtor*

**Tessa L Spencer**                                        CHAPTER   **13**
_____
                     *Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #3)

---

Medical City of Lewisville
500 W Main St
Lewisville, TX 75057

Navient
xxxxxxxxxxxxxxxxxxx0418
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

Physicians Natl Medical
PO Box 840653
Dallas, TX 75284


Merchants & Professional Credit Bureau
xxx6453
Attn: Bankruptcy
5508 Parkcrest Dr Ste. 210
Austin, TX 78731

Navient
xxxxxxxxxxxxxxxxxxx0412
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

Portfolio Recovery
xxxxxxxxxxxx7765
PO Box 41021
Norfolk, VA 23541


Midland Funding
xxxxxx1139
2365 Northside Dr Ste 300
San Diego, CA 92108

Navient
xxxxxxxxxxxxxxxxxxx0119
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

Portfolio Recovery
xxxxxxxxxxxx3111
PO Box 41021
Norfolk, VA 23541


Mobiloansllc
xxxxxx9361
P.O. Box 1409
Marksville, LA 71351

Navient
xxxxxxxxxxxxxxxxxxx0124
Attn: Bankruptcy
PO Box 9000
Wiles-Barr, PA 18773

Portfolio Recovery
xxxxxxxxxxxx3876
PO Box 41021
Norfolk, VA 23541


Mobiloansllc
xxxxxx3645
P.O. Box 1409
Marksville, LA 71351

New Hampshire Higher Ed/Granite
State Mg
xxxxxxxxxxx3274
Attn: Bankruptcy
PO Box 2097
Concord, NH 03302

Portfolio Recovery
xxxxxxxxxxxx3159
PO Box 41021
Norfolk, VA 23541


Money Key
3422 Old Capital Trl Ste 1613
Wilmington, DE 19808

Nueces City Electric
14353 Cooperative Ave
Corpis Christi, TX 78380

Portfolio Recovery
xxxxxxxxxxxx5547
PO Box 41021
Norfolk, VA 23541


Msb/gila Grp
xxxxx0096
6505 Airport Bv
Austin, TX 78752

Physicians Clinic
PO BOX 3755
Omaha, NE 68103-0755

Portfolio Recovery
xxxxxxxxxxxx2562
PO Box 41021
Norfolk, VA 23541

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **Charles R Norris**                                                    CASE NO.

_____
_Debtor_

**Tessa L Spencer**                                                            CHAPTER    **13**

_____
_Joint Debtor_

## CERTIFICATE OF SERVICE
(Continuation Sheet #4)

---

Power Finance
8500 North Stemmons Freeway Ste 440
Dallas, TX 75247

Security Finance
xxxxxx0290
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304

U.S. Department of Education
xxxx5482
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116


Progressive
256 Data Drive
Draper, UT 84020

Snap Finance
1760 W 2100 S#26561
Salt Lake City, UT 84199

U.S. Department of Education
xxxx5483
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116


Prosperity Bank
xxx5103
80 Sugar Creek Center Blvd.
Sugar Land, TX 77478

Speedy Cash
Attn: Bankruptcy
8400 E. 32nd St N
Wichita, KS 67226

U.S. Department of Education
xxxx3460
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116


Riverbend Cash
PO Box 557
Hays, MT 59527

Synchrony Bank/ JC Penneys
xxxxxxxxxxxx2562
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

US Dept of Education
xxxxxxxxxxx9761
Attn: Bankruptcy
PO Box 16448
Saint Paul, MN 55116


Rooms To Go
xxxxxxxxxxxx7632
Bankruptcy Dept
11540 Highway 92 East
Seffner, FL 33584

Synchrony Bank/ Old Navy
xxxxxxxxxxxx7031
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

US Dept. of Hud - Title 1
52 Corporate Circle
Albany, NY  12203-5121


S. TX Bone & Joint
601 Texan Trail #300
Corpus Christi, TX 78411

Texas Health
PO BOX 731778
Dallas, Texas 75373

Verizon Wireless
xxxxxxxxxx0001
Attn: Verizon Wireless Bankruptcy
Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304


Sarma Coll
xxxxxx0414
Attn: Bankruptcy
555 E Ramsey Rd
San Antonio, TX 78216

U.S. Department of Education
xxxx5486
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Veterans Adm. Dept of Veteran's Affairs
Regional Office Finance Sec. (24)
One Veterans Plaza
701 Clay Avenue
Waco, TX  76799-0001

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Charles R Norris**                                      CASE NO.
_____
                    *Debtor*


         **Tessa L Spencer**                                 CHAPTER    **13**
_____
                  *Joint Debtor*

**CERTIFICATE OF SERVICE**
(Continuation Sheet #5)

Wells Fargo Home Mortgage
xxxxxxxxx2264
Attn: Bankruptcy
PO Box 10335
Des Moines, IA 50306


Wise Loans
3113 S University Dr Ste 308
Fort Worth, TX 76109

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Charles R Norris**
          **Tessa L Spencer**

CASE NO.

CHAPTER    **13**

### Certificate of Service

I, the undersigned hereby certify that a copy of the foregoing Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines was served upon the following parties of interest via 1st class mail.

Date:    **1/29/2019**                          **/s/ Richard Weaver**
                                                **Richard Weaver**
                                                Attorney for the Debtor(s)

| | | |
|---|---|---|
| A+ Federal Credit Union<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ability Recovery Service<br>Attn: Bankruptcy<br>PO Box 4262<br>Scranton, PA 18505 | Airport Finance<br>3851 Airport Blvd #102<br>Austin, TX 78722 |
| A+ Federal Credit Union<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ad Astra Recovery<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Alliance One<br>4797 Ruffner<br>San Diego, CA  92111 |
| A+ Federal Credit Union<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Ad Astra Recovery<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Alliance One<br>PO Box 1007<br>Arlington, TX 76004 |
| A+ Federal Credit Union<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Advance America<br>750 Shipyard Dr #300<br>Wilmington, DE 19801 | Americollect<br>PO Box 1566<br>1851 South Alverno Road<br>Manitowoc, WI 54221 |
| A+ Federal Credit Union<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | Aes/brazos/us Bank<br>Attn: Bankruptcy Dept<br>PO Box 2461<br>Harrisburg, PA 17105 | Americollect<br>PO Box 1566<br>1851 South Alverno Road<br>Manitowoc, WI 54221 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Charles R Norris**
        **Tessa L Spencer**

CASE NO.

CHAPTER  **13**

## Certificate of Service

(Continuation Sheet #1)

---

Attorney General of Texas
Bankruptcy Section
400 S Zang Blvd Ste 500
Dallas, TX  75208-6640

Conn's HomePlus
Attn: Bankruptcy Dept
PO Box 2358
Beaumont, TX 77704

Crest Financial
61 West 13490 South
Salt Lake, UT 84020

Blalack & Williams
One Mockingbird Plaza
1420 W. Mockingbird Ste 640
Dallas, TX  75247

Conn's HomePlus
Attn: Bankruptcy Dept
PO Box 2358
Beaumont, TX 77704

CTRMA
PO Box 16777
Austin, TX 78761

Caine & Weiner
Attn: Bankruptcy
PO Box 5010
Woodland Hills, CA 91365

Corpus Christi Outpatient
3636 S Alemeda St Ste A
Corpus Christi, TX 78411

Cvgtn Tx0066
10926 Leopard St Ste G
Corpus Christi, TX 78410

Cashnet USA
175 W Jackson St Ste 1000
Chicago, IL 60604

Covington Credit/smc
10926 Leopard St Ste G
Corpus Christi, TX 78410

DATCU Credit Union
Attn: Bankrutpcy
PO Box 827
Denton, TX 76202

Check N Go
7755 Montgomery Rd, Ste 400
Cincinnati, OH 45236

Covington Credit/smc
10926 Leopard St Ste G
Corpus Christi, TX 78410

Dept of Ed / Navient
Attn: Claims Dept
PO Box 9635
Wilkes Barr, PA 18773

City of Austin Ambulance
PO Box 1088
Austin, TX 78767

Credit Management, LP
Attn: Bankruptcy
PO Box 118288
Carrollton, TX 75011

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Complete Credit Solutions
2921 Brown Trail Ste 100
Bedford, TX 76021

Credit One Bank
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV 89193

Essential Lending Lending
Attn: Bankruptcy
113 University Dr #308
Fort Worth, TX 76109

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Charles R Norris**
**Tessa L Spencer**

CASE NO.

CHAPTER **13**

## Certificate of Service

(Continuation Sheet #2)

---

FedLoan Servicing
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA 17106

Global Lending Service
Attn: Bankruptcy
PO Box 10437
Greenville, SC 29603

Maxlend
PO Box 639
Parshall, ND 58770


FHA Single Family Loan Mtg -
US Dept of Housing & Urban HUD
801 Cherry St Unit 45
Fort Worth, TX  76102-6882

I C System Inc
Attn: Bankruptcy
PO Box 64378
St Paul, MN 55164

Medical City Denton
NPAS Inc
PO Box 99400
Louisville, KY 40269


Fingerhut
Attn: Bankruptcy
PO Box 1250
Saint Cloud, MN 56395

I C System Inc
Attn: Bankruptcy
PO Box 64378
St Paul, MN 55164

Medical City of Corpus Christi
7101 S Padre Island Drive
Corpus Christi, TX 78412


First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

Medical City of Lewisville
500 W Main St
Lewisville, TX 75057


Frontier Bank Of Texas
PO Box 551
Elgin, TX 78621

IRS- Special Procedures Staff
Bankruptcy: Mail Code 502DAL
1100 Commerce Street RM 9a20
Dallas, TX 75242

Merchants & Professional Credit Bureau
Attn: Bankruptcy
5508 Parkcrest Dr Ste. 210
Austin, TX 78731


Genesis Bc/celtic Bank
Attn: Bankruptcy
268 South State Street Ste 300
Salt Lake City, UT 84111

Kohls/Capital One
Kohls Credit
PO Box 3120
Milwaukee, WI 53201

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108


Global Financial Credit LLC
14 Mamaroneck Ave 3F
KatonahWhite Plains, NY  10601

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Mobiloansllc
P.O. Box 1409
Marksville, LA 71351

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Charles R Norris**
         **Tessa L Spencer**

CASE NO.

CHAPTER   **13**

**Certificate of Service**

(Continuation Sheet #3)

---

| | | |
|---|---|---|
| Mobiloansllc<br>P.O. Box 1409<br>Marksville, LA 71351 | Navient<br>Attn: Bankruptcy<br>PO Box 9000<br>Wiles-Barr, PA 18773 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541 |
| Money Key<br>3422 Old Capital Trl Ste 1613<br>Wilmington, DE 19808 | New Hampshire Higher Ed/Granite<br>State Mg<br>Attn: Bankruptcy<br>PO Box 2097<br>Concord, NH 03302 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541 |
| Msb/gila Grp<br>6505 Airport Bv<br>Austin, TX 78752 | Nueces City Electric<br>14353 Cooperative Ave<br>Corpis Christi, TX 78380 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541 |
| Navient<br>Attn: Bankruptcy<br>PO Box 9000<br>Wiles-Barr, PA 18773 | Physicians Clinic<br>PO BOX 3755<br>Omaha, NE 68103-0755 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541 |
| Navient<br>Attn: Bankruptcy<br>PO Box 9000<br>Wiles-Barr, PA 18773 | Physicians Natl Medical<br>PO Box 840653<br>Dallas, TX 75284 | Power Finance<br>8500 North Stemmons Freeway Ste 440<br>Dallas, TX 75247 |
| Navient<br>Attn: Bankruptcy<br>PO Box 9000<br>Wiles-Barr, PA 18773 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541 | Progressive<br>256 Data Drive<br>Draper, UT 84020 |
| Navient<br>Attn: Bankruptcy<br>PO Box 9000<br>Wiles-Barr, PA 18773 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541 | Prosperity Bank<br>80 Sugar Creek Center Blvd.<br>Sugar Land, TX 77478 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Charles R Norris**
**Tessa L Spencer**

CASE NO.

CHAPTER    **13**

**Certificate of Service**

(Continuation Sheet #4)

---

Richard M. Weaver & Associates
5601 Airport Freeway
Fort Worth, TX 76117

Snap Finance
1760 W 2100 S#26561
Salt Lake City, UT 84199

U.S. Department of Education
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Riverbend Cash
PO Box 557
Hays, MT 59527

Speedy Cash
Attn: Bankruptcy
8400 E. 32nd St N
Wichita, KS 67226

U.S. Department of Education
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Rooms To Go
Bankruptcy Dept
11540 Highway 92 East
Seffner, FL 33584

Synchrony Bank/ JC Penneys
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

US Dept of Education
Attn: Bankruptcy
PO Box 16448
Saint Paul, MN 55116

S. TX Bone & Joint
601 Texan Trail #300
Corpus Christi, TX 78411

Synchrony Bank/ Old Navy
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896

US Dept. of Hud - Title 1
52 Corporate Circle
Albany, NY  12203-5121

Sarma Coll
Attn: Bankruptcy
555 E Ramsey Rd
San Antonio, TX 78216

Texas Health
PO BOX 731778
Dallas, Texas 75373

Verizon Wireless
Attn: Verizon Wireless Bankruptcy
Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

Security Finance
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304

U.S. Department of Education
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Veterans Adm. Dept of Veteran's Affairs
Regional Office Finance Sec. (24)
One Veterans Plaza
701 Clay Avenue
Waco, TX  76799-0001

Security Finance
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304

U.S. Department of Education
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Wells Fargo Home Mortgage
Attn: Bankruptcy
PO Box 10335
Des Moines, IA 50306

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Charles R Norris**
**Tessa L Spencer**

CASE NO.

CHAPTER  **13**

**Certificate of Service**

(Continuation Sheet #5)

Wise Loans
3113 S University Dr Ste 308
Fort Worth, TX 76109